IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOHN D. WALKER,

     Plaintiff,

v.                                                                    2:23-CV-138-Z-BR

STATE FARM LLOYDS,

     Defendant.

## NOTICE

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation") (ECF No. 21), filed on April 3, 2024. Parties "hereby agree and stipulate that this action is dismissed WITH PREJUDICE." *Id.* at 1. And they "stipulate that all parties shall be solely responsible for their own costs and attorney's fees incurred as a result of this action." *Id.*

A plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court finds that these claims were dismissed "upon the filing of the [S]tipulation" on April 3, 2024. *Emerson v. City of Richardson, Texas*, No. 3:23-CV-399-S-BN, 2023 WL 6149198, at *1 (N.D. Tex. Sept. 20, 2023). And because the Joint Stipulation concerns all remaining claims in this case, the Court **DIRECTS** the Clerk to **CLOSE** the above-styled case.

The Court issues notice accordingly.

April 5, 2024

                                    _____
                                      MATTHEW J. KACSMARYK
                                      UNITED STATES DISTRICT JUDGE